1  R. Keramati, SBN# 182425
   Western Legal Group, APC.
2  110 West C. Street, Suite 1300
   San Diego, California 92101
3  Telephone (619) 231-2529
   Facsimile (619) 231-2528
4

5  Attorney for: TOMAS IGNACIO-SANTIAGO

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE NITA L. STORMES)**

11

12 | **UNITED STATES OF AMERICA,** | ) Criminal Case No. **08cr640-IEG (NLS)** |
13 |   Plaintiff, | ) |
14 |   vs. | ) NOTICE OF MOTION AND MOTION FOR THE TAKING OF A VIDEO DEPOSITION |
15 | **Arael GUZMAN-Rodriguez (1),** **Misael GARCIA-Leon (2)** | ) OF MATERIAL WITNESS TOMAS IGNACIO-SANTIAGO |
16 |   | ) |
17 |   Defendant(s) | ) DATE: April 8, 2008  TIME: 9:30 a.m.  JUDGE: Honorable Nita L. Stormes |
18 |   | ) |

19

20     TO: NANCY BRYN ROSENFELD, ESQ., Attorney for Defendant Arael Guzman-

21 Rodriguez

22     TO: KRISTIN JOSEPH KRAUS, ESQ., Attorney for Defendant Misael Garcia-Leon

23     TO: PAUL L. STARITA, AUSA, Attorney for the Prosecution.

24     PLEASE TAKE NOTICE that on April 8, 2008 at 9:30 a.m., or as soon thereafter as

25 counsel may be heard, in the Courtroom of the Honorable Nita L. Stormes, the material witness,

26 TOMAS IGNACIO-SANTIAGO, by and through his counsel, RAY KERAMATI, will bring the

27 above entitled motion.

   /////
28

# MOTION

The material witness, TOMAS IGNACIO-SANTIAGO, by and through his counsel, RAY KERAMATI, and pursuant to Rule 15(a) of the Federal Rules of Criminal Procedure, and pursuant to 18 U.S.C. Section 3144, move for an order to secure his testimony pending trial, and for an order for his release from custody immediately thereafter.

This motion will be made on the grounds that the witness is unable to meet any condition of release and that his testimony can be adequately be secured by deposition, and that further detention is not necessary to prevent a failure of justice and would, in fact, perpetuate an extreme hardship on the material witness and his family.

This motion will be made based upon the Declaration of Ray Keramati, Esq., the Points and Authorities in Support of the Motion, and all documents and records on file herein and upon such oral testimony as the Court may deem proper.

DATED: March 21, 2008                               */s/ Ray Keramati*
                                                    R. Keramati, Esq.
                                                    Attorney for Material Witness
                                                    TOMAS IGNACIO-SANTIAGO