R. Keramati, SBN# 182425
Western Legal Group, APC.
110 West C. Street, Suite 1300
San Diego, California 92101
Telephone (619) 231-2529
Facsimile (619) 231-2528

Attorney for: TOMAS IGNACIO-SANTIAGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**Arael GUZMAN-Rodriguez (1),** )<br>**Misael GARCIA-Leon (2)** )<br>)<br>)<br>Defendant(s) )<br>)<br>)<br>)<br>_____ ) | Criminal Case No. **08cr640-IEG (NLS)**<br><br>DECLARTION OF RAY KERAMATI IN SUPPORT OF MOTION REQUESTING THE ORDERING OF A VIDEO DEPOSITION OF JUAN TOMAS IGNACIO-SANCHEZ<br><br>DATE: April 8, 2008<br>TIME: 9:30 a.m.<br>JUDGE: Honorable Nita L. Stormes |

   I, Ray Keramati, declare as follows:

   1. I am an attorney duly licensed to practice before the courts of the State of California and I am counsel of record for Mr. Tomas Ignacio-Sanchez.  If called as a witness herein, I could and would competently testify to the facts set forth herein.

   2. Mr. Ignacio-Sanchez has been in custody since February 22, 2008.

   3. Mr. Ignacio-Sanchez' incarceration has placed a great hardship on him.

   4. Mr. Ignacio-Sanchez does not have a surety to post a material witness appearance bond for his release.

**-1-**                                                                            **08CR640-IEG (NLS)**

**DECLARATION OF RAY KERAMATI IN SUPPORT OF MOTION REQUESTING THE ORDERING OF
A VIDEO DEPOSITION OF JUAN TOMAS IGNACIO-SANCHEZ**

1   5.  I am requesting that the court order a video deposition hearing to be held to secure the
2   testimony of Mr. Ignacio-Sanchez as soon as practicable.

3   I declare under the penalty of perjury under the laws of the United States of America that
4   the foregoing is true and correct.  Executed at San Diego, California on March 21, 2008.

6   DATED: March 21, 2008              /s/ Ray Keramati
                                        R. Keramati, Esq.
7                                       Attorney for Material Witness
                                        TOMAS IGNACIO-SANTIAGO