# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br>ARAEL GUZMAN - RODRIGUEZ,<br>Defendant(s) ET AL | CRIMINAL NO. 08CR640-IEG<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. |

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody. ((Bond Posted) / Case Disposed / Order of Court).

VICTOR MELGOZA - GARCIA

DATED: 3/21/08

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082