ORIGINAL

KAREN P. HEWITT
United States Attorney
PAUL L. STARITA
Assistant U.S. Attorney
California State Bar No. 219573
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6507
Facsimile: (619) 235-2757

Attorneys for Plaintiff
United States of America



FILED
APR 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0640-IEG |
| Plaintiff, | STIPULATION AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES |
| v. | |
| ARAEL GUZMAN-RODRIGUEZ (1), | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the Plaintiff, UNITED STATES OF AMERICA, through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita, Assistant U.S. Attorney, and Defendant ARAEL GUZMAN-RODRIGUEZ, defense counsel, Nancy Rosenfeld, Esq., that:

1. Pursuant to a Plea Agreement, Defendant agrees to plead guilty to Count 2 of the Indictment in Criminal Case No. 08CR0640-IEG charging Defendant with transportation of illegal aliens in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (v) (II).

2. There are three material witnesses in this case – (1) Jorge Arturo Melgoza-Rodriguez, (2) Tomas Ignacio-Santiago, and (3) Victor Melgosa-Garcia – whose testimony is material if this case proceeded to trial. As discussed further, the parties stipulate that the two material witnesses would testify to facts relevant to the charges and such testimony would be admissible at trial as statements against interest of an unavailable witness under Fed. R. Evid. 804(b)(3), and Defendant

agrees to waive any confrontation clause challenge under <u>Crawford v. Washington</u>, 524 U.S. 36 (2004).

3. Material witness # 1, Jorge Arturo Melgoza-Rodriguez, in this case:

   a. Is an alien with no legal right to enter or remain in the United States;

   b. Is a citizen and national of Mexico and was born in Zamora, Michoacan, Mexico;

   c. Traveled from Michoacan, Mexico, to Tijuana, Mexico, and then crossed, on foot, into the United States from Mexico in a mountainous area known as "El Nido De Las Aguilas";

   d. Defendant was the driver of the vehicle which was transporting him in the Southern District of California;

   e. Co-Defendant, Misael Garcia-Leon, guided him from Mexico into the United States;

   f. Was to pay $2,000 to be smuggled to a destination within the United States, namely Los Angeles, California; and

   g. May be released to the United States Department of Homeland Security for return to his country of origin.

4. Material witness # 2, Tomas Ignacio-Santiago, in this case:

   a. Is an alien with no legal right to enter or remain in the United States;

   b. Is a citizen and national of Mexico and was born in Magdalena Teitipac, Oaxaca, Mexico;

   c. Traveled from Oaxaca, Mexico, to Tijuana, Mexico, and then crossed, on foot, into the United States from Mexico in a mountainous area known as "El Nido De Las Aguilas";

   d. Defendant was the driver of the vehicle which was transporting him in the Southern District of California;

   e. Co-Defendant, Misael Garcia-Leon, guided him from Mexico into the United States;

   f. Was to pay $2,500 to be smuggled to a destination within the United States, namely Los Angeles, California; and

   g. May be released to the United States Department of Homeland Security for return to his country of origin.

2

Case No. 08CR0640-IEG
Stipulation and Joint Motion For Release of Material Witnesses.

5. Material witness # 3, Victor Melgosa-Garcia, in this case:

   a. Is an alien with no legal right to enter or remain in the United States;

   b. Is a citizen and national of Mexico and was born in Zamora, Michoacan, Mexico;

   c. Traveled from Michoacan, Mexico, to Tijuana, Mexico, and then crossed, on foot, into the United States from Mexico in a mountainous area;

   d. Defendant was the driver of the vehicle which was transporting him in the Southern District of California;

   e. Co-Defendant, Misael Garcia-Leon, guided him from Mexico into the United States;

   f. Was to pay $1,000 to be smuggled to a destination within the United States, namely Los Angeles, California; and

   g. May be released to the United States Department of Homeland Security for return to her country of origin.

6. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if the Defendant withdraws his guilty plea before the plea is accepted by the District Court, the Defendant agrees that, in any proceeding including, but not limited to, motions hearings, trial, sentencing, appeal, or collateral attack, that:

   a. The stipulated facts set forth above shall be admitted as substantive evidence;

   b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witnesses provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of an unavailable witness; and

   c. Understanding that, under Crawford v. Washington, 524 U.S. 36 (2004), testimonial hearsay statements are not admissible against a defendant unless the defendant confronted and cross examined the witness who made the testimonial hearsay statements, Defendant waives the right to confront and cross examine the material witnesses in this case.

1  Based on the foregoing, the parties jointly move the stipulation into evidence and move for
2  the immediate release of the above-named material witnesses for return to their respective country
3  of origin.
4  It is so STIPULATED AND AGREED.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 4·7·08

PAUL L. STARITA
Assistant U.S. Attorney

Dated: 4-7-08

NANCY ROSENFELD
Defense Counsel

Dated: 4-7-08

ARAEL GUZMAN-RODRIGUEZ
Defendant

Case No. 08CR0640-IEG
Stipulation and Joint Motion For Release of
Material Witnesses.

4