UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Arael Guzman-Rodriguez(1) )<br>et al. )<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 08CR640-IEG<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, <u>Stormes</u>.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Jorge Arturo Melgoza-Rodriguez

DATED: 4-11-08

RECEIVED _____
           DUSM

<u>Nita L. Stormes</u>
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
      Deputy Clerk