UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff )<br> )<br>          vs. )<br>Arael Guzman-Rodriguez(1) )<br>                               et al. )<br>          Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR640-IEG<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Stormes**.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Tomas Ignacio-Santiago

DATED: 4-11-08

Nita L. Stormes
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
              DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
        Deputy Clerk