**NANCY BRYN ROSENFELD**
Attorney at Law
California State Bar No. 99108
1168 Union Street, Suite 303
San Diego, California 92101
Telephone No. (619) 234-3616

Attorney for Defendant
**ARAEL GUZMAN RODRIGUEZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **ARAEL GUZMAN RODRIGUEZ** ) <br> ) <br> Defendant. ) <br> _____) | Criminal No. **08 CR 0640-IEG** <br><br> MOTION FOR ORDER REQUESTING CRIMINAL HISTORY REPORT ONLY |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY AND LORI BRYANT, UNITED STATES PROBATION OFFICER

Mr Guzman requests an order amending the Court's request for a presentence report to permit probation to prepare and file a criminal history report only. Mr. Guzman has agreed to a sentence that is stipulated in the plea agreement. The government and probation agree to this request and co-defendant Garcia Leon has already requested and been granted the same order.

Respectfully submitted,

Dated: May 28, 2008

*/S/ Nancy Bryn Rosenfeld*
NANCY BRYN ROSENFELD
Attorney for Defendant
Arael Guzman Rodriguez

-1-