1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal No. **08 CR 0640-IEG** |
| Plaintiff,  ) | ORDER AMENDING REQUEST FOR PRESENTENCE REPORT TO CRIMINAL HISTORY REPORT ONLY |
| v.  ) | |
| **ARAEL GUZMAN RODRIGUEZ**  ) | |
| Defendant.  ) | |
| _____) | |

    Upon application of defendant, Arael Guzman Rodriguez, and good cause appearing, it is hereby ordered that the United States Probation Department prepare a criminal history report instead of a full presentence report.

    IT IS SO ORDERED.

**DATED: May 28, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**